Agnes Dziuban, appellee, v. John Hancock Mutual Life Insurance Company, appellant. Gen. No. 36,539.

Heard in the third division of this

court for the first district at the February term, 1933. 
Opinion filed March 14, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Thaddeus C. Toudor, for appellee; Alec E. Weinrob and Samuel A. Rinella, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.